# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>PANTECH CORP, ET AL.,<br><br>        Defendants. | C.A. No. 13-352-LPS<br><br>**JURY TRIAL DEMANDED** |
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>        Defendant. | C.A. No. 13-355-LPS<br><br>**JURY TRIAL DEMANDED** |
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO. LTD, ET. AL.<br><br>        Defendants. | C.A. No. 13-356-LPS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' JOINT PROPOSED CONSTRUCTIONS

Pursuant to the Court's Order Regarding Process for Early Claim Construction dated April 8, 2014, Defendants Google Inc., Pantech Wireless, Inc., Samsung Electronics Co. Ltd., Samsung Electronics America Inc., and Samsung Telecommunications American LLC, (collectively, "Defendants") hereby provide their joint proposed constructions and citations to the intrinsic evidence for the "sticky path" phrases/terms in the claims of U.S. Patent Nos. 8,280,932 ("the '932 patent") and 7,840,619 ("the '619 patent").

| Claim(s): | Claim Terms | Proposed Construction | Preliminary Identification of Intrinsic Evidence: |
|---|---|---|---|
| '932 patent: 1, 6, 8, 10-16<br><br>'619 patent: 1 | "sticky path" | "A multi-line area, separate from a scrollable area, that dynamically expands and collapses to always display the hierarchical path to the top item in the scrollable area." | Provisional Application (Serial No. 60/396439): Pgs. 11-12, 27-28<br><br>'619 patent specification: 9:31-38; figs. 12a and 12b; 10:29-30; 14:55-15:3; 19:66-20:2; 31:59-33:11<br><br>'932 patent specification: 9:34-40; figs. 12a and 12b; 10:29-30; 14:55-15:3; 19:64-67; 31:51-32:-67<br><br>April 6, 2012 Response to Office Action in Application No. 13/272,028 ('932 patent): Pgs. 10-11<br><br>July 10, 2006 Response to Office Action in Application No. 10/621,689 (U.S. Patent No. 7,275,063): Pgs. 17-18; September 12, 2006 Submittal of Archival Copies of Demonstration Movies 1-3 Record of Telephone Interview<br><br>October 25, 2006 Response to Office Action in Application No. 10/621,689 (U.S. Patent No. 7,275,063): Pgs. 11-12, 18-22 |
| '932 patent: 1, 6, 8-16<br><br>'619 patent: 1 | "path" | No construction necessary, but to the extent the Court wishes to construe "path," it means "the name of the object itself, prefixed by the names of the nested containers in which the object exists in outermost order" | Provisional Application (Serial No. 60/396439): Pgs. 27-28<br><br>'619 patent specification: 32:19-24<br><br>'932 patent specification: 32:10-16 |

| Claim(s): | Claim Terms | Proposed Construction | Preliminary Identification of Intrinsic Evidence: |
|---|---|---|---|
| '932 patent: 1, 6<br><br>'619 patent: 1 | "sticky path display portion" / "sticky path portion" | "A portion of a view where a sticky path is displayed" | See intrinsic evidence for "sticky path" above. |
| '619 patent: 1 | "sticky path display area" | "An area of a view where a sticky path is displayed" | See intrinsic evidence for "sticky path" above. |
| '932 patent: 8 | "sticky path display region of said view" | "A region of a view where a sticky path is displayed" | See intrinsic evidence for "sticky path" above. |

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ Bindu A. Palapura |
| | Richard L. Horwitz (#2246) |
| James F. Valentine | David E. Moore (#3983) |
| James C. Pistorino | Bindu A. Palapura (#5370) |
| Nancy Cheng | Hercules Plaza, 6th Floor |
| Wing H. Liang | 1313 N. Market Street |
| PERKINS COIE, LLP | Wilmington, DE  19801 |
| 3150 Porter Drive | Tel:  (302) 984-6000 |
| Palo Alto, CA 94303 | rhorwitz@potteranderson.com |
| Tel:  (650) 838-4413 | dmoore@potteranderson.com |
| *Attorneys for Defendant Google, Inc.* | bpalapura@potteranderson.com |
| | |
| Alan A. Wright | *Attorneys for Defendant Google, Inc. and* |
| Nishat Hasan (#5270) | *Pantech Wireless, Inc.* |
| H. C. PARK & ASSOCIATES, PLC | |
| 1894 Preston White Drive | |
| Reston, VA 20191 | |
| Tel:  (703) 544-9204 | |
| *Attorneys for Defendant Pantech Wireless, Inc.* | |
| | |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | By:  /s/ Adam W. Poff |
| Cono A. Carrano | Adam W. Poff (No. 3990) |
| Jin-Suk Park | Pilar G. Kraman (No. 5199) |
| Romeao J. Jennings | Rodney Square |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 1000 North King Street |
| 1333 New Hampshire Ave NW | Wilmington, Delaware 19801 |
| Washington, DC 20036 | Tel:  (302) 571-6600 |
| Telephone: (202) 887-4000 | apoff@ycst.com |
| | pkraman@ycst.com |
| | |
| | *Attorneys for Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC* |
| Dated:  April 14, 2014 | |
| 1146967 / 40055 | |

- 4 -

## **CERTIFICATE OF SERVICE**

I, Bindu A. Palapura, hereby certify that on April 14, 2014, true and correct copies of the within document were served on the following counsel of record at the addresses and in the manner indicated:

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vitradentes@bayardlaw.com | Paul V. Storm<br>Sarah M. Paxson<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX  75201<br>pvstorm@gardere.com<br>spaxson@gardere.com |

        */s/ Bindu A. Palapura*
        Bindu A. Palapura

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | C.A. No. 13-355-LPS<br><br>**JURY TRIAL DEMANDED** |
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al,<br><br>    Defendants. | C.A. No. 13-356-LPS<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S PROPOSED CONSTRUCTIONS

Pursuant to the Court's Order Regarding Process for Early Claim Constructions dated April 8, 2014, Plaintiff Technology Innovations Associates LLC hereby provides its proposed constructions and citations to the intrinsic evidence for the "sticky path" phrases/terms in the claims of U.S. Patent Nos. 8,280,932 (the "'932 Patent") and 7,840,619 (the "'619 Patent").

| Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence |
|---|---|---|
| "sticky path" | An area, separate from a scrollable area, that dynamically updates to display the path to the top item in the scrollable area | **U.S. Patent No. 7,840,619:** Col. 9, ll. 31-38; Col. 14, l. 42- Col. 15, l. 3; Col. 31, l. 59- Col. 33, l. 10; Col. 38, ll. 28-33; Figs. 12a and 12b<br><br>**Pros. Hist. of '619 Patent:**<br><br>Response to Office Action filed 5-12-10 at p. 11; Response to Office Action filed 8-13-10 at p. 8 |

| | | |
|---|---|---|
| | | **U.S. Patent No. 8,280,932:** Col. 9, ll. 34-40; Col. 14, l. 42-Col. 15, l. 3; Col. 31, l. 50-Col. 32, l. 67; Col. 37, l. 66- Col. 38, l. 4; Figs. 12a and 12b<br><br>**Pros. Hist. of U.S. Patent No. 8,280,932:**<br><br>Response to Office Action filed 4-6-12 at pp. 10-11; Notice of Allowability of 6-6-12 at pp. 3-5<br><br>**Pros. Hist. of U.S. Patent No. 7,275,063:**<br><br>Response to Office Action filed 7-10-06 at pp. 17-18; Archival CD QuickTime movies filed 9-12-06; Response to Office Action filed 9-13-06 at p. 10; Response to Office Action filed 10-25-06 at pp. 11-12, 18-22 |
| path | No construction necessary | |
| sticky path display portion/sticky path portion | No construction necessary beyond construction of "sticky path" | |
| sticky path display area | No construction necessary beyond construction of "sticky path" | |
| sticky path display region of said view | No construction necessary beyond construction of "sticky path" | |

Dated:  May 5, 2014

/s/Paul V. Storm
Paul V. Storm
*(admitted pro hac vice)*
Sarah M. Paxson
*(admitted pro hac vice)*
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000 Telephone
(214) 999-4667 Fax
pvstorm@gardere.com
spaxson@gardere.com


Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
BAYARD P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com


*Attorneys for Plaintiff Technology Innovations Associates LLC*

# EXHIBIT 3







# EXHIBIT 4



