**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| TECHNOLOGY INNOVATIONS ASSOCIATES LLC, | |
| Plaintiff, | C.A. No. 13-355-LPS |
| v. | **JURY TRIAL DEMANDED** |
| GOOGLE INC., | |
| Defendant. | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Technology Innovations Associates LLC ("TIA") and Defendant Google, Inc. ("Google") jointly and respectfully move the Court to amend the current Case Scheduling Order (Doc. 58) as follows:

| <u>Event</u> | <u>Current Deadline</u> | <u>Proposed Deadline</u> |
|---|---|---|
| Plaintiff's Production of an Initial Claim chart relating each known accused product to the asserted claims (Doc. 58 at ¶7(c)) | January 9, 2015 | February 6, 2015 |
| Invalidity Contentions and prior art production (Doc. 58 at ¶7(d)) | February 16, 2015 | March 16, 2015 |
| Substantial Completion of Document Production (Doc. 58 at ¶8(b)) | April 6, 2015 | May 4, 2015 |
| Motion to amend the pleadings to allege inequitable conduct (Doc. 58 at ¶2) | April 6, 2015 | May 4, 2015 |
| Exchange Claim Terms for Construction (Doc. 58 at ¶12) | March 5, 2015 | April 2, 2015 |
| Submit Joint Claim Construction Chart (Doc. 58 at ¶12) | March 25, 2015 | April 23, 2015 |

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Claim Construction Brief (Doc. 58 at ¶13) and Tutorials (if any) (Doc. 58 at ¶11) | April 5, 2015 | May 4, 2015 |
| Responsive Claim Construction Briefs (Doc. 58 at ¶13) | May 6, 2015 | June 3, 2015 |

The requested modifications are sought to promote potential resolution of this matter.

The requested modifications to the schedule will not affect any other deadlines, including the

*Markman* hearing date of August 3, 2015, or prejudice any party in any foreseeable manner.


Dated: January 6, 2015

BAYARD, P.A.                                                    POTTER ANDERSON & CORROON LLP

/s/ Stephen B. Brauerman                                 /s/ Richard L. Horwitz
Richard D. Kirk (#922)                                     Richard L. Horwitz (#2246)
Stephen B. Brauerman (#4952)                         David E. Moore (#3983)
Bayard, P.A.                                                     Bindu A. Palapura (#5370)
222 Delaware Avenue, Suite 900                       Hercules Plaza, 6th Floor
P.O. Box 25130                                                1313 N. Market Street
Wilmington, DE 19899                                      Wilmington, DE 19801
(302) 655-5000                                                 Tel: (302) 984-6000
rkirk@bayardlaw.com                                       rhorwitz@potteranderson.com
sbrauerman@bayardlaw.com                            dmoore@potteranderson.com
                                                                        bpalapura@potteranderson.com

ATTORNEYS FOR PLAINTIFF
TECHNOLOGY INNOVATIONS                          ATTORNEYS FOR DEFENDANT
ASSOCIATES, LLC                                           GOOGLE, INC.


IT IS SO ORDERED this ___ day of _____, 2015.


_____
Hon. Leonard P. Stark
Chief United States District Judge